No. 932.   PINK, SUPERINTENDENT OF INSURANCE, *v.* A. A. A. HIGHWAY EXPRESS, INC., ET AL.   May 26, 1941. Petition for writ of certiorari to the Supreme Court of Georgia granted. *Messrs. M. F. Goldstein, Alfred C. Bennett,* and *Arthur G. Powell* for petitioner. *Messrs. Allen Post, A. O. B. Sparks,* and *T. Baldwin Martin* for espondents.

No. 710.   MASSACHUSETTS BONDING & INSURANCE Co. *v.* WEBBER ET AL.   May 26, 1941.   Petition for writ of certiorari to the Supreme Court of Ohio granted.   *Mr. Frank Harrison* for petitioner.  *Mr. Charles A. Rogers* for respondents.

No. 946.   MORTON SALT Co. *v.* G. S. SUPPIGER Co.   May 26, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted.   *Mr. Clarence E. Mehlhope* for petitioner.   *Messrs. Lawrence C. Kingsland, Edmund C. Rogers,* and *Robert H. Wendt* for respondent.

No. 1004.   WHITE ET AL., FORMER COLLECTORS OF INTERNAL REVENUE, *v.* WINCHESTER COUNTRY CLUB.   May 26, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted.   *Assistant Solicitor General Fahy* for petitioners.   *Mr. Charles W. Mulcahy* for respondent.

No. 1043.   RILEY ET AL., EXECUTORS, *v.* NEW YORK TRUST Co., ADMINISTRATOR, ET AL.   May 26, 1941.   Petition for writ of certiorari to the Supreme Court of Delaware granted.   *Messrs. Dan MacDougald* and *James A.*